# United States Bankruptcy Court

## Middle District of Georgia

In re:

Glenda J. Polan
P.O. Box 5201
Fitzgerald, GA 31750

Debtor(s)

Chapter 13

Case No. 08-10666 jdw

### DEBTOR'S CERTIFICATE OF PLAN COMPLETION AND

### REQUEST FOR DISCHARGE

Debtor hereby certifies under penalty of perjury, the following is true and correct:

1. All plan payments have been completed, and I am entitled to a discharge under 11 U.S.C. Section 1141/1228/1328; and

2. I have paid (or do not have any liability) for domestic support obligations due on or before the date set forth below, including any pre-petition amounts to the extent provided for by the plan and:

3. The provisions of 11 U.S.C. Section 522(q)(1) are not applicable to my case, pursuant to 11 U.S.C. Section 1141(c)/1228(f)/1328(h).

4. There are no proceedings pending against me of the kind described in 11 U.S.C. Section 522(q)(1)(A) or 522(q)(1)(B), pursuant to Section 1141(c)/1228(f)/1328(h).

I request that a discharge be granted in accordance with 11 U.S.C. Section 1141/1228/1328.

3-21-13
Date

*[signed] Glenda J. Polan*
Signature of Debtor

_____          _____
Date                                                         Signature of Co-Debtor

Attorney for Debtor: Ray Holland

Attorney for Debtor: Ray Holland
Address: Holland & Holland, Attorneys at Law
P.O. Box 824
Ashburn, GA 31714

United States Bankruptcy Court
Middle District of Georgia

In re:
Glenda J. Polan
    Debtor

Case No. 08-10666-jdw
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113G-1     User: ddm     Page 1 of 3     Date Rcvd: Mar 25, 2013
Form ID: pdfntc     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2013.

```
db           +Glenda J. Polan,    P.O. Box 5201,    Fitzgerald, GA 31750-5201
cr           +eCast Settlement Corporation,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road,   Suite 200,
               Tucson, AZ 85712-1083
8615608       Bank of America,    4060 Olgetown/Stanton Rd.,    Newark, DE 19714
8615609       Bottom Line Books,    P.O. Box 10292,    Des Moines, IA 50336-0292
8615610       CBA,    321 Main Street S,    Tifton, GA 31794-4897
8615611       Citi Cards-Sears,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
8718486      #CitiFinancial Inc,    P.O. Box 140489,    Irving, TX 75014-0489
8615612       Citifinancial,    202 North Magnolia Drive,    Tifton, GA 31794-4218
8615614       Colony Bank of Fitzgerald,    P.O. Box 1029,    Fitzgerald, GA 31750-1029
8615615      +Consolidated Loan & Mortgage Co.,    P. O. Box 46,    Albany, GA 31702-0046
8741149      +Consolidated Loan Company of Albany,    Bankruptcy Department,    430 West Tift Avenue,
               Albany GA 31701-2246
10232086     +Consolidated Loan Company of Albany,    c/o Deena Plaire-Haas,    P.O. Drawer 71788,
               Albany, GA 31708-1788
8615616      +Credit Bureau Associates,    321 Main St.,    Tifton, GA 31794-4897
8615618      +Golden Livingcenter-Tifton,    P.O. Box 180970,    Fort Smith, AR 72918-0970
8643036      +HSBC BANK NEVADA, N.A.,    Bass & Associates,P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
8714656       HSBC Bank Nevada and its Assigns,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
8718410      +HSBC Bank Nevada, N.A.,    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
8615620       Household Bank,    12447 SW 69th Ave,    Tigard, OR 97223-8517
8615621       Household Bank/Yamaha,    90 Christina Rd.,    New Castle, DE 19720-3118
8615624      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan Motor Acceptance,    7900 Ridgepoint Dr.,
               Irving, TX 75063-3153)
8615623       Nissan Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
8615625       RDA Music,    The Readers Digest Asst.,    Dept. 5555,    Louisville, KY 40283-5555
8615626       Readers Digest,    P.O. Box 25830,    Lehigh Valley, PA 18002-5830
8615628       SST/Columbus Bank & Trust,    P.O. Box 84024,    Columbus, GA 31908-4024
8615627      +Speedee Cash,    509 South Grant Street,    Fitzgerald, GA 31750-3313
8615629      +Tift Regional Medical Center,    P.O. Box 807,    Tifton, GA 31793-0807
9135151       eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
8744459      +eCAST Settlement Corporation,    C/O Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
8685003       eCAST Settlement Corporation assignee of,    Citibank USA NA/HOME DEPOT,    POB 35480,
               Newark NJ 07193-5480
8683670       eCAST Settlement Corporation successor to,    FIA Card Services aka Bank of America,    POB 35480,
               Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            E-mail/PDF: rmscedi@recoverycorp.com Mar 25 2013 17:54:38
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,
               Ingraham Building, Suite 1120,    Miami, FL  33131-1605
8670971       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 25 2013 17:47:52
               AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
               IRVING, TX 75016-8088
8615607       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 25 2013 17:47:52     American Honda Finance,
               1235 Old Alpharetta Rd.,    Suite 180,    Alpharetta, GA 30005
8655374       E-mail/PDF: rmscedi@recoverycorp.com Mar 25 2013 17:54:37     GE MONEY BANK,
               C/O RECOVERY MANAGEMENT SYSTEMS CORP,    25 SE 2ND AVENUE, STE 1120,    MIAMI, FL  33131-1605
8615617       E-mail/Text: brnotices@dor.ga.gov Mar 25 2013 17:48:12     Georgia Department of Revenue,
               Centralized Taxpayer Accounting,    P.O. Box 105499,    Atlanta, GA 30348-5499
8752559       E-mail/Text: brnotices@dor.ga.gov Mar 25 2013 17:48:12     Georgia Department of Revenue,
               P O Box 161108 Bankruptcy section,    Atlanta, GA 30321
8615622       E-mail/Text: cio.bncmail@irs.gov Mar 25 2013 17:46:56     I.R.S./Insolvency,    P.O. Box 21126,
               Philadephia, PA 19114
8645215       E-mail/Text: cio.bncmail@irs.gov Mar 25 2013 17:46:56     Internal Revenue Service,
               401 West Peachtree St NW,    Room 400 Stop 334D,    Atlanta, GA 30308
8653721       E-mail/PDF: rmscedi@recoverycorp.com Mar 25 2013 17:54:38
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
8615606       E-mail/PDF: cbp@slfs.com Mar 25 2013 17:53:44     American General Finance,    1409 Baker Hwy W,
               Douglas, GA 31533-2111
8742119       E-mail/PDF: cbp@slfs.com Mar 25 2013 17:54:42     American General Finance,    P.O Box 971,
               Evansville, IN 47706
                                                                                              TOTAL: 11
```

```
District/off: 113G-1            User: ddm                   Page 2 of 3                   Date Rcvd: Mar 25, 2013
                                Form ID: pdfntc             Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Consolidated Loan Company of Albany,   c/o Deena Plaire-Haas,    P.O. Drawer 71788,
               Albany, GA 31708-1788
cr*          +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste. 200,
               Tucson, AZ 85712-1083
9135152*      eCAST Settlement Corporation,    POB 35480,   Newark, NJ 07193-5480
8615613      ##Citifinancial,    P.O. Box 499,   Hanover, MD 21076-0499
8615619     ##+Home Depot,    P.O. Box 689100,   Des Moines, IA 50368
8615630     ##+Tifton Pathological,    1105 East 20th Street,    Tifton, GA 31794-3668
                                                                                          TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2013**              **Signature:**         _Joseph Speetjens_

```
District/off: 113G-1           User: ddm                   Page 3 of 3                   Date Rcvd: Mar 25, 2013
                               Form ID: pdfntc             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2013 at the address(es) listed below:
              Deena   Plaire-Haas    on behalf of Creditor   Consolidated Loan Company of Albany
               deena.plaire-haas@gwsh-law.com
              Kristin  Hurst    ecf@ch13trustee.com,   courtdailysummary@ch13trustee.com
              Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Ray   Holland    on behalf of Debtor Glenda Polan hollandlawofficenotices@mindspring.com
                                                                                             TOTAL: 4